# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer L. Chahine <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 17-10385 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

                 Respectfully submitted,

                 **/s/Denise Carlon, Esquire**
                 Denise Carlon, Esquire
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322 FAX (215) 627-7734