Certificate Number: 05781-PAE-DE-028759690

Bankruptcy Case Number: 17-10385



05781-PAE-DE-028759690

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2017, at 8:19 o'clock PM PST, Jennifer L Chahine completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 13, 2017          By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President