United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10385-ref
Jennifer L Chahine                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4       User: Lisa              Page 1 of 1            Date Rcvd: Oct 05, 2017
                           Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
db             Jennifer L Chahine,    2424 W Union St,    Allentown, PA  18104-6221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 01:52:43      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Jennifer L Chahine feldmanfiling@rcn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JENNIFER CHAHINE             :         Bankruptcy No. 17-10385-REF
                                                              :
                                                              :         Chapter 13
                                     Debtor    :

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1.    That Lynn E. Feldman be allowed:

| | | |
|---|---|---|
| $ | 3,000.00 | for attorney's fees |
| $ | 0.00 | for expenses |
| $ | 3,000.00 | TOTAL for fees AND expenses |
| LESS $ | 1,190.00 | credit for funds already received; equals |
| $ | 1,810.00 | BALANCE DUE |

**Date: October 5, 2017**

ENTERED: _____           _____
                                                                                                                J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor