| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-10385-PMM

| | |
|---|---|
| JENNIFER L CHAHINE | Petition Filed Date: 01/19/2017 |
| 2424 W UNION ST | 341 Hearing Date: 03/28/2017 |
| ALLENTOWN  PA    18104-6221 | Confirmation Date: 08/31/2017 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $430.00 | 6000470031 | 02/05/2019 | $430.00 | 6000489815 | 03/04/2019 | $430.00 | 6000511043 |
| 03/29/2019 | $430.00 | 6000534288 | 05/14/2019 | $430.00 | 6000560077 | 06/05/2019 | $430.00 | 6000585479 |
| 07/08/2019 | $430.00 | 6000607766 | 08/05/2019 | $430.00 | 6000627449 | 09/09/2019 | $430.00 | 6000653397 |
| 09/27/2019 | $430.00 | 6000668699 | 11/12/2019 | $430.00 | 6000695518 | 12/05/2019 | $430.00 | 6000714317 |
| 01/08/2020 | $430.00 | 6000733449 | 02/12/2020 | $430.00 | 6000763924 | 03/11/2020 | $430.00 | 6000785834 |
| 04/28/2020 | $430.00 | 6000810353 | 06/02/2020 | $400.00 | 6000828821 | 06/02/2020 | $30.00 | 6000828833 |
| 07/06/2020 | $430.00 | 6000845511 | 08/03/2020 | $430.00 | 6000862662 | | | |

**Total Receipts for the Period: $8,170.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | BSI FINANCIAL SERVICES INC<br>»» 002 | Mortgage Arrears | $20,615.79 | $12,409.39 | $8,206.40 |
| 1 | CITY OF ALLENTOWN<br>»» 001 | Secured Creditors | $295.25 | $166.76 | $128.49 |
| 3 | LYNN E FELDMAN ESQ<br>»» 003 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |

**Chapter 13 Case No. 17-10385-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,200.00 | Current Monthly Payment: | $473.00 |
| Paid to Claims: | $14,386.15 | Arrearages: | $552.00 |
| Paid to Trustee: | $1,415.91 | Total Plan Base: | $25,266.00 |
| Funds on Hand: | $397.94 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.