United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer L Chahine  
    Debtor

Case No. 17-10385-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Mar 15, 2021 | Form ID: trc | Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14483541 | + | US Bank Trust NA as Trustee of Cabana Series III, c/o BSI Financial Services, Inc., 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:**

**Name**      **Email Address**

DENISE ELIZABETH CARLON  
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

FREDERICK L. REIGLE  
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

LISA MARIE CIOTTI  
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

LORRAINE GAZZARA DOYLE  
    on behalf of Creditor BSI Financial Services as servicer for U.S Bank Trsut National Association As Trustee of Cabana Series III Trust Lorraine@mvrlaw.com  Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

LYNN E. FELDMAN  
    on behalf of Debtor Jennifer L Chahine feldmanfiling@rcn.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 15, 2021 | Form ID: trc | Total Noticed: 1

MICHAEL C. MAZACK
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST mmazack@lynchlaw-group.com

REBECCA ANN SOLARZ
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10385-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Jennifer L Chahine
2424 W Union St
Allentown PA 18104-6221

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2021.

Name and Address of Alleged Transferor(s):

Claim No. 2: US Bank Trust NA as Trustee of Cabana Series III, c/o BSI Financial Services, Inc., 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354

Name and Address of Transferee:

US Bank Trust NA
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/17/21

Tim McGrath
**CLERK OF THE COURT**