| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-10385-PMM**

JENNIFER L CHAHINE    Petition Filed Date: 01/19/2017
2424 W UNION ST    341 Hearing Date: 03/28/2017
ALLENTOWN  PA    18104-6221    Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $430.00 | 6000733449 | 02/12/2020 | $430.00 | 6000763924 | 03/11/2020 | $430.00 | 6000785834 |
| 04/28/2020 | $430.00 | 6000810353 | 06/02/2020 | $400.00 | 6000828821 | 06/02/2020 | $30.00 | 6000828833 |
| 07/06/2020 | $430.00 | 6000845511 | 08/03/2020 | $430.00 | 6000862662 | 09/04/2020 | $430.00 | 6000879937 |
| 10/02/2020 | $430.00 | 6000897065 | 11/03/2020 | $430.00 | 6000912284 | 12/07/2020 | $430.00 | 6000929979 |
| 01/05/2021 | $430.00 | 6000946480 | 02/01/2021 | $430.00 | 6000961707 | 04/05/2021 | $430.00 | 6000997849 |
| 05/13/2021 | $430.00 | 6001014315 | 06/07/2021 | $430.00 | 6001034755 | | | |

**Total Receipts for the Period:  $6,880.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,070.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | SN SERVICING CORPORATION<br>»»  002 | Mortgage Arrears | $20,615.79 | $15,919.50 | $4,696.29 |
| 1 | CITY OF ALLENTOWN<br>»»  001 | Secured Creditors | $295.25 | $216.88 | $78.37 |
| 3 | LYNN E FELDMAN ESQ<br>»»  003 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |

**Chapter 13 Case No. 17-10385-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,070.00 | Current Monthly Payment: | $473.00 |
| Paid to Claims: | $17,946.38 | Arrearages: | $1,412.00 |
| Paid to Trustee: | $1,725.51 | Total Plan Base: | $25,266.00 |
| Funds on Hand: | $398.11 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.