**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
|    JENNIFER CHAHINE | : | |
| | : | Chapter 13 |
| | : | |
| Debtors | : | Bky No: 17-10385-PMM |

## **PRAECIPE**

TO THE CLERK:

Kindly withdraw from the docket, entry #50, "Notice of First Motion to Modify Plan Post Confirmation" filed in error on June 7, 2021.

DATE*: June 22, 2021*          BY:     */s/ Lynn E. Feldman, Esquire*
                                                        Lynn E. Feldman, Esquire
                                                        Chapter 7 Trustee
                                                        PA   I.D. No. 35996
                                                        2310 Walbert Ave, Ste. 103
                                                        Allentown, PA  18104
                                                        (610) 530-9285