**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   JENNIFER CHAHINE | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor | : | BKY NO. 17-10385 |

**ORDER**

AND NOW, upon consideration of Debtor's First Motion to Modify Plan Post Confirmation, and no objection having been filed thereto,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED** and the Debtor's First Modified Plan filed on June 7, 2021 (doc. no. 48) is **CONFIRMED.**

.

*BY THE COURT:*

*Patricia M Mayer*

**Date: July 1, 2021**

*Patricia M Mayer*
**United States Bankruptcy Judge**