| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-10385-PMM

JENNIFER L CHAHINE  
2424 W UNION ST  
ALLENTOWN  PA    18104-6221

Petition Filed Date: 01/19/2017  
341 Hearing Date: 03/28/2017  
Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $430.00 | 6000997849 | 05/13/2021 | $430.00 | 6001014315 | 06/07/2021 | $430.00 | 6001034755 |
| 07/01/2021 | $430.00 | 6001050011 | 08/03/2021 | $430.00 | 6001066063 | 09/01/2021 | $430.00 | 6001081039 |
| 09/28/2021 | $430.00 | 6001094755 | 10/27/2021 | $430.00 | 6001109447 | 12/06/2021 | $430.00 | 6001127285 |
| 01/11/2022 | $430.00 | 6001141954 | 02/08/2022 | $430.00 | 6001155743 | 03/04/2022 | $430.00 | 6001169134 |
| 04/05/2022 | $430.00 | 6001181072 | 05/04/2022 | $430.00 | 6001195141 | 06/02/2022 | $430.00 | 5400068350 |
| 07/05/2022 | $430.00 | 5400091361 | | | | | | |

**Total Receipts for the Period: $6,880.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $25,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | SN SERVICING CORPORATION<br>»»  002 | Mortgage Arrears | $20,615.79 | $20,615.79 | $0.00 |
| 1 | CITY OF ALLENTOWN<br>»»  001 | Secured Creditors | $295.25 | $295.25 | $0.00 |
| 3 | LYNN E FELDMAN ESQ<br>»»  003 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 3 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDLAND FUNDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SYNCB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-10385-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,660.00 | Current Monthly Payment: | $412.00 |
| Paid to Claims: | $23,221.04 | Arrearages: | ($664.00) |
| Paid to Trustee: | $2,207.11 | Total Plan Base: | $26,232.00 |
| Funds on Hand: | $231.85 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.