B 283 (Form 283J(04i l0)

# UNITED STATES BANKRUPTCY COURT

In re: Jennifer Chahine  
            Debtor

Case No. 17-10385-PMM

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations* *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

- [✓] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

- [ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:  _____

My current employer and my employer's address: _____

_____

*Part Ill. Certification Regarding Section 522(q)* *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

- [✓] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (I) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(I), and (2) that exceeds $146,450* in value in the aggregate.

- [ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence. Claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(I). and (2) that exceeds $146,450* in value in the aggregate.

*Part JV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  8/19/2022            /s/ Jennifer Chahine  
            Date                                Debtor

*•-111101111/s art' .<11h1a1 ln ad111.r1111e111 011./i/113 and el'ety J years lhcreaf/er 11-11/t respecl 10 cases commenced" " or after the date of adjustmenl.