United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 17-10385-pmm

Jennifer L Chahine                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                               User: admin                                           Page 1 of 3

Date Rcvd: Aug 22, 2022                        Form ID: 138OBJ                             Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer L Chahine, 2424 W Union St, Allentown, PA 18104-6221 |
| 14555019 | + | BSI Financial Services as servicer, for U.S Bank Trsut National Association, As Trustee of Cabana Series III Trust, c/o LORRAINE GAZZARA DOYLE, 1325 Franklin Avenue, Suite 230 Garden City, NY 11530-1631 |
| 13853504 | | Ditech Financial, 3000 Bayport Dr Ste 880, Tampa, FL 33607-8409 |
| 13866298 | + | Ditech Financial LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13894109 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13853506 | + | KML Law Group, 701 Market St, Ste 5000-BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 22 2022 23:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 22 2022 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13853502 | | Email/Text: ebn@americollect.com | Aug 22 2022 23:43:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 13853503 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 22 2022 23:43:00 | Berks Credit & Collection, PO Box 329, Temple, PA 19560-0329 |
| 13892402 | | Email/Text: coabankruptcy@allentownpa.gov | Aug 22 2022 23:43:00 | City of Allentown, 435 Hamilton St Rm 215, Allentown PA 18101 |
| 14232124 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 22 2022 23:43:00 | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 13853505 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2022 23:50:00 | DSNB Macys, PO Box 8218, Mason, OH 45040-0000 |
| 13853507 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2022 23:43:00 | Midland Funding LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13853508 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2022 23:49:56 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 13869904 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 22 2022 23:39:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13853509 | | Email/PDF: gecsedi@recoverycorp.com | Aug 22 2022 23:39:50 | Syncb/ikea, PO Box 965005 Box 965005, Orlando, FL 32896-5005 |
| 13870038 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 22 2022 23:39:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682140 | ^ | MEBN | | |

Case 17-10385-pmm   Doc 70   Filed 08/24/22   Entered 08/25/22 00:29:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2022 | Form ID: 138OBJ | Total Noticed: 21 |

|  |  |  | Aug 22 2022 23:38:38 | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
|---|---|---|---|---|
| 14589893 | ^ | MEBN | | |
|  |  |  | Aug 22 2022 23:38:38 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14483541 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 22 2022 23:43:00 | US Bank Trust NA as Trustee of Cabana Series III, c/o BSI Financial Services, Inc., 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2022         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

LAUREN MOYER
   on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com

LISA MARIE CIOTTI
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

LORRAINE GAZZARA DOYLE
   on behalf of Creditor BSI Financial Services as servicer for U.S Bank Trsut National Association As Trustee of Cabana Series III Trust ldoyle@milsteadlaw.com bankruptcy@friedmanvartolo.com

LYNN E. FELDMAN
   on behalf of Debtor Jennifer L Chahine feldmanfiling@rcn.com

MICHAEL C. MAZACK
   on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST mmazack@lynchlaw-group.com jdearment@lynchlaw-group.com

REBECCA ANN SOLARZ
   on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Aug 22, 2022 Form ID: 138OBJ Total Noticed: 21
TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jennifer L Chahine

    Debtor(s)                                               Case No: 17−10385−pmm

                                                                      Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                  United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/22/22